REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE G. ANAPOLSKY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AMYLIN PHARMACEUTICALS, INC.;<br>AMYLIN PHARMACEUTICALS, LLC;<br>ELI LILLY AND COMPANY; RALEY'S<br>dba BEL AIR NO. 514; and DOES 1<br>through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:13-CV-01086-JAM-EFB<br><br>**ORDER GRANTING STIPULATION FOR A TEMPORARY STAY OF PROCEEDINGS**<br><br>Honorable John A. Mendez |

# ORDER

Upon consideration of the parties' Stipulation for a Temporary Stay of Proceedings, this Court stays this matter until the Judicial Panel on Multidistrict Litigation rules on the pending MDL motion to consolidate various product liability actions in *In re Incretin Mimetics Prods. Liab. Litig.*, MDL No. 2452. The deadline for Defendant Raley's to answer or otherwise respond to the Complaint is stayed until 10 days following the Judicial Panel on Multidistrict Litigation's ruling.

**IT IS SO ORDERED.**

DATED: 7/8/2013

/s/ John A. Mendez
Hon. John A. Mendez
U. S. DISTRICT COURT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER GRANTING STIPULATION FOR TEMPORARY STAY OF ALL PROCEEDINGS